UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOSHUA WASHINGTON, )<br>)<br>Defendant. ) | Case No. 4:09CR00444CDP |

## ORDER

On Motion of Defendant, and for good cause shown, Defendant's Motion to Reduce Bond (Doc. #184) shall be **Granted**. Defendant shall be released on a $10,000 bond, secured by property or 10% in cash, with electronic monitoring and other standard and special conditions of release.

Dated this 1st day of September, 2009.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE